# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

---

IN RE:                                                                                           BKY 10-42136

Boeser, Inc.,                                                                                   ADV 11-4463

      Debtor,

---

Michael J. Iannacone, Trustee,

      Plaintiff,

v.                                                                                               Civil No. 12-1181 (JNE)
                                                                                                          ORDER

EcoAir, Inc., a Minnesota Corporation,
Timothy Reagan, Individually, and
Anthony Ledo, Individually,

      Defendants.

---

Based upon the Findings of Fact, Conclusions of Law, and Recommendation by Chief United States Bankruptcy Judge Gregory F. Kishel dated April 25, 2012, all the files and records, and no objections having been filed to said Report and Recommendation,

IT IS HEREBY ORDERED that:

1. The Plaintiff shall recover from the Defendants the amount of $9,631.41, together with costs and disbursements and attorneys' fees of $5,105.09, for a total of $14,736.50.

Dated: June 4, 2012

                                                                           s/ Joan N. Ericksen
                                                                           JOAN N. ERICKSEN
                                                                           United States District Judge